### 2366, 2367.    GEISBERG *v.* CITY OF ATLANTA.

POWELL, J.  No venue having been shown, the judge of the superior court should have sanctioned the petition for certiorari.

*Judgment reversed.*

Petition for certiorari; from Fulton superior court—Judge Pendleton.    December 18, 1909.

Submitted February 21,—Decided March 11, 1910.

*John A. Boykin,* for plaintiff in error.

*James L. Mayson, W. D. Ellis Jr.,* contra.